# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON ___4-21-15___

THIS RECORD WAS ORIGINALLY DUE ON ___4-21-15___

I AM REQUESTING ___15___ DAYS

THIS RECORD IS APPROXIMATELY ___850___ PAGES LONG

IS THIS APPEAL ACCELERATED? ___YES ✓NO

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/20/2015 10:01:22 AM
DEBBIE AUTREY
Clerk

SIXTH COURT OF APPEALS CAUSE NO. ___06-15-00042-CR___

STYLE OF CASE: ___Richard Darby v. The State of Texas___

TRIAL COURT ___102nd JDC Bowie County___

TRIAL COURT CAUSE NO. ___14F00098-102; 14F0133-102; 14F00179-102; 14F0180-102; 14F0252-102___

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s): (Check all that apply – attach additional pages if necessary.)

☐ To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☑ My duties listed below preclude working on this record: _____
The State of Texas v. Virginia Smith - 06-15-00021-CR
The State of Texas v. Ralph Barbs, Jr - 06-15-00052-CR
_____
_____
_____
_____
_____

☐ Other (explain): _____
_____
_____
_____
_____
_____

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

4-20-15
Date

Signature

903-277-8696
Office Phone Number

Melanie C. Harris
Printed Name

harrisrept@aol.com
E-mail address (if available)

Official Court Reporter, 102nd JDC
Official Title

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**

Name: Troy Hornsby

Address: 1725 Galleria Oaks

Texarkana TX 75503

Phone No. 903-794-2711

Attorney for: Richard Darby

**Lead Counsel for Appellee(s):**

Name: Samantha Oglesby

Address: 601 Main Street

Texarkane TX 75501

Phone No. 903-735-4800

Attorney for: State

FAX TO: Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903 798-3034

(to be followed by a printed version by mail)